# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| FlightSafety International Inc. | )   ASBCA No. 60415 |
| | ) |
| Under Contract No. W9124G-04-C-0037 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas A. Lemmer, Esq.
  Kelly P. Garehime, Esq.
   Dentons US LLP
   Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
   DCMA Deputy Chief Trial Attorney
  Samuel W. Morris, Esq.
   Trial Attorney
   Defense Contract Management Agency
   Chantilly, VA

## OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The contracting officer's final decision from which the above-captioned appeal was taken has been withdrawn. The parties mutually consent to the dismissal of the appeal. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,974. The appeal is dismissed as moot.

Dated: October 16, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signature continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60415, Appeals of FlightSafety International Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals